In the Matter of PETER J. GALASSO (Admitted as PETER JOHN GALASSO), an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Respondent.

Submitted January 14, 2013; decided February 19, 2013

Submitted February 4, 2013; decided February 19, 2013

Motion by The Bronx County Bar Association, insofar as it seeks leave to file a brief amicus curiae on the motion for leave to appeal herein, granted and the brief is accepted as filed; motion, insofar as it seeks leave to file a brief amicus curiae on the appeal herein, dismissed as academic.

Judge RIVERA taking no part.